AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.   05 - 362

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

_6-6-05_
(Date forms issued)

_Anthony L Ware_
(Signature of Party or their Representative)

_ANTHONY   L   WARE_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action