IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Anthony Lewis Ware,<br><br>    Plaintiff,<br><br>v.<br><br>Ball Plastic Container Corp.,<br><br>    Defendant. | )<br>)<br>)<br>)  Civil Action<br>)<br>)  File No. 05-362<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS

COMES NOW Defendant Ball Plastic Container Corp. ("Defendant" or "Ball"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(2) and (3), respectfully move this Court to dismiss *pro se* Plaintiff Anthony Lewis Ware's ("Plaintiff") Complaint in the above-styled action. Ball contemporaneously submits a Brief in Support of its Motion to Dismiss and a proposed Order for the Court's consideration.

WHEREFORE Ball respectfully requests that this Court grant the instant motion, dismiss Plaintiff's Complaint, and grant any further relief the Court deems appropriate.

Respectfully submitted,

TYBOUT, REDFEARN & PELL

/s/ *David G. Culley*

Of Counsel
Bradley E. Strawn, Esquire
Littler Mendelson, PC
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA 19102

DAVID G. CULLEY, I.D. # 2141
TIMOTHY S. MARTIN, I.D. # 4578
300 Delaware Avenue, 11th Floor
P.O. Box. 2092
Wilmington, DE 19899-2092
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorney for Defendant Ball Plastic Corp.

Dated: December 2, 2005

## CERTIFICATE OF SERVICE

I, DAVID G. CULLEY, hereby certify that on this 2nd day of December, 2005, I electronically filed the attached Defendant's Motion to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Anthony Lewis Ware
2412 N. Monroe St.
Wilmington, DE 19802

I hereby certify that on this 2nd day of December, 2005, I have mailed by United States Postal Service, the Appendix to Defendant Ball Plastic Container Corp.'s Motion to Dismiss to the following participants:

Anthony Lewis Ware
2412 N. Monroe St.
Wilmington, DE 19802

TYBOUT, REDFEARN & PELL

/s/ *David G. Culley*

DAVID G. CULLEY, I.D. # 2141
TIMOTHY S. MARTIN, I.D. # 4578
300 Delaware Avenue, 11th Floor
P.O. Box. 2092
Wilmington, DE 19899-2092
(302) 658-6901
E-mail Address: dculley@trplaw.com
Attorney for Defendant Ball Plastic Corp.