LAW OFFICES

# TYBOUT, REDFEARN & PELL

B. WILSON REDFEARN
RICHARD W. PELL
DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN
DANIELLE K. YEARICK
DENNIS J. MENTON

300 DELAWARE AVENUE
11TH FLOOR
P.O. BOX 2092
WILMINGTON, DELAWARE 19899-2092
(302) 658-6901

TELECOPIER
658-4018

SUSAN A. LIST
ROBERT M. GREENBERG
TIMOTHY S. MARTIN

Of Counsel:
F. ALTON TYBOUT

January 12, 2006

**HAND DELIVERY**

The Honorable Chief Judge Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 31
Wilmington, DE 19801

RE:  ANTHONY LEWIS WARE v. BALL PLASTICS CONTAINER CORP.
CIVIL ACTION NO. 05-362

Dear Judge Robinson:

Our office represents Defendant Ball Plastics Container Corp. in above-referenced matter. On December 2, 2005, Defendant filed a Motion to Dismiss *pro se* Plaintiff Anthony Lewis Ware's Complaint in this employment discrimination matter based on a lack of personal jurisdiction over Defendant and improper venue. Pursuant to Local Rule 7.1.2, Plaintiff's response to Defendant's motion was due to be served and filed no later than December 21, 2005. To date, Plaintiff has not filed or served a response. The Motion being unopposed, the Defendant respectfully requests that it be granted forthwith.

Respectfully submitted,

DAVID G. CULLEY

DGC:njj

cc:  Anthony Lewis Ware, *Pro Se*      (via first class U.S. mail)
     Bradley E. Strawn, Esquire        (via first class U.S. mail)