March 7, 2006

I ANTHONY L WARE am filing a reply brief in accordance to the paperwork that I received from THE UNINTED STATES DISTRICT Court, FOR THE DISTRICT OF DELAWARE.

Please be advised that I would like for this civil case to continue.

Respectfully Submitt

Anthony L Ware

ANTHONY L. WARE
  PLAINTIFF

VS.

BALL PLASTICS CONTAINER CORP.
  DEFENDANT

AFFADAVIED IN RESPONSE TO          CIVIL #

## Certificate Of Service

The undersigned hereby certifies that copies of the foregoing were caused to be served this 8th day of March, 2006 upon the following in the manner indicated:

**By Hand**

**Defendant**
**Ball Plastic Corp**

David G. Culley
Tybout, Redfearn & Pell
750 S. Madison Street, Suite 400
P. O. Box 2092
Wilmington, Delaware 19899-2092
(302) 658-6901

**Plaintiff**
**Anthony L. Ware**

*Anthony Ware* (signature)

Anthony L. Ware
2412 N. Monroe Street
Wilmington, Delaware 19802