IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY LEWIS WARE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-362-SLR |
| | ) |
| BALL PLASTIC CONTAINER CORP., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 2d day of June, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss for lack of personal jurisdiction and improper venue (D.I. 6) is granted.

                                                              /s/ Sue L. Robinson
                                                       United States District Judge